# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

November 8, 2019

Application granted.  Resentencing adjourned to Jaunaury 21, 2020 at 3:00 p.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

November 8, 2019

BY ECF
Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street Room 1920
New York, New York 10007

Re:   United States v. Kevin Piniero
      S12 11 Cr. 576 (WHP)

Dear Judge Pauley:

    I respectfully write on behalf of my client, Kevin Piniero, to request an adjournment of his re-sentencing hearing scheduled for November 13, 2019. Mr. Piniero has asked for more time to meet and consult with his family prior to re-sentencing. He was just produced at the MDC on Wednesday. He seeks an adjournment of approximately 60 days until any date in January, 2020. The extra time will provide additional opportunities for him to see his family before he is re-designated. I have spoken with Andrew Rohrbach, Esq., on behalf of the Government and he consents to this request.

Respectfully submitted,

*[signature]*

Robert M. Baum
Assistant Federal Defender

cc:   Andrew Rohrbach, Esq.,
      Assistant United States Attorney