UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,              :

       -against-                              :     11 CR 576

**KEVIN PINERO**,                              :     <u>ORDER</u>

             Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Defendant Kevin Pinero's application for personal protective equipment and for transfer to a single cell at Metropolitan Detention Center is denied. Defendant's requests are squarely within the domain of the Bureau of Prisons in maintaining the safety and security of its facilities. Finally, this Court notes that the Bureau of Prisons has distributed surgical masks earlier this week to inmates.

Dated: April 10, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.