# LAW OFFICE OF
# RICHARD E. SIGNORELLI

## ATTORNEY AT LAW

52 Duane Street, 7th Floor, New York, New York  10007

Telephone:  (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

richardsignorelli@gmail.com

www.nycLITIGATOR.com℠

June 1, 2020

Via Electronic Filing

Hon. William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v Kevin Pinero
      11 CR 576 (WHP)

Dear Judge Pauley:

  I am counsel for the defendant in the above-referenced case, Kevin Pinero, who is awaiting a re-sentencing in this case that is currently scheduled to take place on June 18, 2020. With the Government's consent as well as my client's, I respectfully request the adjournment of this resentencing to a time convenient for the Court on and after October 1, 2020, along with a corresponding adjournment of the deadlines for the filing of resentencing submissions from the parties. I am making this request because of issues related to the ongoing COVID-19 pandemic and to allow me the opportunity of finishing my review of the voluminous discovery provided by the Government. I would also like to engage in meaningful discussions with the Government as to resentencing-related issues.  Thank you.

Respectfully,

/s/ Richard E. Signorelli

Richard E. Signorelli

cc (via email):
Jonathan McCann, Courtroom Deputy
AUSA Andrew A. Rohrbach

cc (via 1st Class Mail):
Mr. Kevin Pinero, Reg. # 66768-054

---

Application granted.  Resentencing adjourned to October 1, 2020 at 11:00 a.m.  Defense counsel to submit a progress report to the Court by August 28, 2020.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

June 2, 2020