UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,            :

       -against-            :            11 Cr. 576 (WHP)

Kevin Pinero,            :            <u>ORDER</u>
            Defendant.   :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, August 18, 2020 at 9:00 a.m. regarding defense counsel's motion for appointment of new counsel. The dial-in number is 888-363-4749, passcode 3070580.

Dated: August 13, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.