

September 18, 2020

**Via ECF**
Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Pinero*
               11 Cr. 576

Dear Judge Pauley:

      I write to update the Court on Mr. Pinero's matter. I have received all of the relevant documents from Mr. Signorelli, who was very helpful in the transition. I have also had some initial discussions with Mr. Pinero.

      After assessing the volume of material I received and need to review, and the need to further consult with my client, I am requesting that the joint status letter due date be reset for 30 days from today, to October 19, 2020. AUSA Rohrbach consents to this request.

      Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

Application granted.  All previously scheduled conferences are vacated.  Status report due by October 19, 2020.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

September 21, 2020

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788