

October 19, 2020

> Application granted.  The parties are to
> provide a status report by November 19, 2020.
>
> SO ORDERED:
>
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> October 20, 2020

**Via ECF**
Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Pinero*
      11 Cr. 576

Dear Judge Pauley:

    I write to update the Court on Mr. Pinero's matter. I have reviewed all of the relevant documents in this matter and have had continued discussions with Mr. Pinero by phone. As the Court is aware, Mr. Pinero is deeply invested in this matter and is thus far satisfied with my representation. Given the history of his assigned counsel, however, I would be much more comfortable moving forward after I have had the opportunity to see him in person at least once, if not more. As the MCC and MDC are now scheduling in-person visits, I am planning to schedule those visits in the near future.

    After discussing the matter with AUSA Rohrbach, who consents, I am requesting that the joint status letter due date be reset for an additional 30 days from today, to November 19, 2020.

    Thank you for your consideration.

Respectfully submitted,

Peter E. Brill