UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                         :

       -against-                                              :       11 Cr. 576 (WHP)

Kevin Pinero,                                                  :       <u>ORDER</u>
                      Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold a re-sentencing for the defendant on Thursday, January 28, 2021 at 11:00 a.m.  The dial-in number is 855-268-7844, passcode 32091812 and the PIN is 9921299.

Dated: January 25, 2021
      New York, New York

                                  SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                        U.S.D.J.