UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA,    :         11-CR-576 (PKC)
                :

       -against-           :        ORDER
                :

KEVIN PINERO,           :
                :

         Defendants.    :

-----------------------------------------------------x

Castel, Senior District Judge:

       The government is directed to respond to defendant Pinero's letter application dated October 22, 2024 filed at ECF 908 by December 4, 2024.

       SO ORDERED.



_____
P. Kevin Castel
United States District Judge


Dated: New York, New York
      November 8, 2024


Mailed to:

Kevin Pinero, Register No. 66768-054
USP Raybrook
P.O. Box 900
Raybrook, NY 12977